**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FREDERICK CONAWAY, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>CSC SERVICEWORKS, INC.,<br><br>               Defendant. | Case No.: 2:24-cv-05719-JMA- ARL<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

TO:    Opposing Counsel:
          Alfred J. Saikali
          Shook, Hardy & Bacon L.L.P.
          201 S. Biscayne Blvd., Suite 3200
          Miami, FL 33131

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion

and the Certificate(s) of Good Standing annexed thereto, I  A. Brooke Murphy     will move

this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York for an order allowing the admission of

movant, a member of the firm of   Murphy Law Firm      and a member in good standing of

the bar(s) of the State(s) of   Oklahoma                , as attorney *pro hac vice* to argue

or try this case in whole or in part as counsel for  Frederick Conaway    . There are no

pending disciplinary proceedings against me in any state or federal court. (If there are any

disciplinary proceedings, describe them.)

                       Respectfully submitted,

Dated: September 12, 2024

                       Signature of Movant
                       Firm Name  Murphy Law Firm
                       Address  4116 Will Rogers Pkwy, Suite 700
                       Oklahoma City, OK 73108
                       Email  abm@murphylegalfirm.com
                       Phone  (405)389-4989