David K. Lietz *(*admitted *pro hac vice)*
**MILBERG COLMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
dlietz@milberg.com
(866) 252-0878

Paul A. Williams
Daniel W. Robertson
**SHOOK, HARDY & BACON L.L.P.**
1 Rockefeller Plaza, Suite 2801
New York, New York 10020
Tel:  (212) 989-8844
Email:  pwilliams@shb.com
Email:  drobertson@shb.com

*Attorneys for Defendant CSC ServiceWorks, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FREDERICK CONAWAY and TINA QAMAR, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>    -against-<br><br>CSC SERVICEWORKS, INC.,<br><br>                Defendant. | Case No. 2:24-cv-05719-JMA-ARL |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiffs Frederick Conaway and Tina Qamar and Defendant CSC ServiceWorks, Inc.,

hereby jointly notify the Court that they have reached a class settlement in principle of Plaintiffs'

claims in this matter. The parties are currently working to memorialize the terms of the settlement,

and Plaintiffs intend to file a motion for preliminary approval in the coming weeks. As a result,

4897-7601-0774 v1

the parties jointly request that this case be stayed in its entirety pending Plaintiffs' motion for preliminary approval of the class settlement.

Date:  February 7, 2025

Respectfully submitted,

/s/ David K. Lietz
David K. Lietz (admitted *pro hac vice*)
MILBERG COLMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
dlietz@milberg.com
(866) 252-0878

Vicki J. Maniatis
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
405 East 50th Street
New York, New York 10022
Tel.:    (516) 491-4665
vmaniatis@milberg.com

A. Brooke Murphy
MURPHY LAW FIM
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
abm@murphylegalfirm.com
(405) 389-4989

Scott E. Cole
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, California 94607
sec@colevannote.com
(510) 891-9800

*Attorneys for Plaintiffs and Proposed Class*

/s/ Paul A. Williams
Paul A. Williams
Daniel W. Robertson
SHOOK, HARDY & BACON L.L.P.
1 Rockefeller Plaza, Suite 2801
New York, New York 10020
pwilliams@shb.com
drobertson@shb.com
(212) 989-8844

*Attorneys for Defendant, CSC ServiceWorks, Inc.*

4897-7601-0774 v1

## CERTIFICATE OF SERVICE

I, David K. Lietz, hereby certify that this document was filed on February 7, 2025 through the CM/ECF System and will be served electronically to the registered participants as identified in the Notice of Electronic filing.

*/s/ David K. Lietz*

4897-7601-0774 v1