**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FREDERICK CONAWAY and TINA QAMAR, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No.: 2:24-cv-05719-JMA-ARL |
| v. | |
| CSC SERVICEWORKS, INC., | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS TO PLAINTIFFS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards to Plaintiffs, the Joint Declaration of Class Counsel in Support of Plaintiffs' Motion for an Award of Attorneys' fees, Reimbursement of Litigation Expenses, and Service Awards to Plaintiffs, and all prior pleadings and proceedings had herein, Plaintiffs Frederick Conaway and Tina Qamar, individually and on behalf of the putative class, (collectively, "Plaintiffs") move this Court on July 28, 2026, at 2:00 p.m., for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses to Class Counsel, and awarding service awards to Plaintiffs.

Dated: March 25, 2026          By:     */s/ A. Brooke Murphy*
                                        A. Brooke Murphy
                                        (admitted *pro hac vice*)
                                        **MURPHY LAW FIRM**
                                        4116 Will Rogers Pkwy, Suite 700
                                        Oklahoma City, OK 73108
                                        Telephone: (405) 389-4989
                                        Email: abm@murphylegalfirm.com

1

Scott Edward Cole
(admitted *pro hac vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
sec@colevannote.com

Vicky J. Maniatis
David K. Lietz
(admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone: (212) 594-5300
Email vmaniatis@milberg.com
Email dlietz@milberg.com

Jared R. Cooper
**ROBINSON YABLON COOPER
& BONFANTE, LLP**
232 Madison Ave., Suite 909
New York, NY 10016
Telephone: (212) 725-8566
Facsimile: (646) 766-8268
Email:jared@rycbinjury.com

*Counsel for Plaintiffs and the Proposed Class*

### CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jared R. Cooper*
Jared R. Cooper

2

3